UNITED STATES OF AMERICA
IN THE SIXTH CIRCUIT COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

                            COA File No.: 13-1623

v.                               Lower Court File No.: 2:10-cr-00028-1

BRIAN SCOTT FISHER,

        Defendant-Appellant.

**MOTION FOR ENTRY OF AN ORDER
ACCEPTING DEFENDANT/APPELLANT'S BRIEF
ON APPEAL AFTER DEADLINE**

**NOW COMES** the Defendant/Appellant, Brian Scott Fisher, by Assistant Federal Public Defender Paul A. Peterson, and, pursuant to the provisions of *6 Cir. R. 26(c)*, moves this Court, for the entry of an Order accepting his Brief after deadline, for the following reasons:

1.      This is an appeal from an *Amended Judgment in a Criminal Case* [Doc. Entry # 106, Page ID # 533-538], imposed by United States District Court Judge R. Allan Edgar on April 30, 2013 sentencing Mr. Fisher to a sentence of time served. Mr. Fisher was convicted of "[p]ossession with intent to distribute cocaine" in violation of *21 USC §§ 841(a)(1) and 841 (b)(1)(C)*.

2.      Pursuant to *FRAP 3* and *4(b)*, Mr. Fisher filed a timely *Notice of Appeal*

[Doc. Entry # 107, Page ID # 539] on May 13, 2013.

3.     Last month, this Court, following counsel's third request for additional time, issued its revised briefing schedule requiring, among other things, that Appellant's Brief is to be electronically filed by earlier this past week  – **September 11, 2013**.

4.     As earlier outlined in last month's motion, while counsel for Mr. Fisher believes that he has exercised due diligence in processing this appeal, a variety of other commitments and issues effectively prevented him from being able to complete Appellant's Brief and to have it electronically filed by last Wednesday's deadline, and he now finds it necessary to ask this Court to accept this filing after deadline.  The most significant and time consuming of these commitments and issues has been the relocation of counsel's office – the Marquette Branch of the Federal Public Defenders Office.  The lease for counsel's branch office space expired at the end of last month and, as a result, the previous several weeks have been extraordinarily arduous and extremely disorganized.

**WHEREFORE**, for the above-stated reasons, the Defendant/Appellant respectfully requests that this Honorable Court enter an Order accepting his Appellant's Brief after deadline.

**NOTE:**     **Notice is provided to the Court that the Defendant/Appellant IS currently incarcerated.**

Respectfully submitted,

RAY KENT
Federal Public Defender


 /s/ Paul A. Peterson
PAUL A. PETERSON
Assistant Federal Public Defender
Federal Public Defenders Office
100 North Front Street, Ste. 104
Marquette, MI 49855

Dated: September 15, 2013        (906) 226-3050