## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: September 16, 2013

Mr. Paul A. Peterson  
Federal Public Defenders  
Western District of Michigan  
100 N. Front Street  
Suite 104  
Marquette, MI 49855-0000

Re: Case No. 13-1623, *USA v. Brian Fisher*  
Originating Case No. : 2:10-cr-00028-1

Dear Counsel,

Your motion to extend the filing of your brief has been **GRANTED**.

Sincerely yours,

s/Roy G. Ford  
Case Manager  
Direct Dial No. 513-564-7016

cc: Mr. Maarten Vermaat

Enclosure